Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  ikharasch@pszjlaw.com
          vnewmark@pszjlaw.com
          hwinograd@pszjlaw.com

Attorneys for YNS Funding, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>Adv. No. 25-01191<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST** |
| RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,<br><br>Plaintiff,<br><br>vs.<br><br>YNS Funding, LLC, a New York limited liability company; Aly Management, LLC, a New York limited liability company; and Yitzchok Blum, an individual;<br><br>Defendants. | |

Defendant YNS Funding, LLC, through its undersigned counsel, requests that all notices given

or required to be given and all papers served or required to be served by U.S. Mail and by email in the

above-captioned case be given to and served upon:

Ira D. Kharasch

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2    Victoria A. Newmark
     Pachulski Stang Ziehl & Jones LLP
3    10100 Santa Monica Blvd., 13th Floor
     Los Angeles, CA 90067
     ikharasch@pszjlaw.com
     vnewmark@pszjlaw.com
4    hwinograd@pszjlaw.com

5         This request encompasses all notices, copies and pleadings referred to in section 1109(b) of

6    Title 11, United States Code or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy

7    Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders,

8    motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements,

9    requests, or applications, and any other documents brought before this Court in these cases, whether

10   formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service,

11   email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

12        This Notice of Appearance and Request for Notices is not, and shall not be deemed or

13   construed to be, a waiver of any of YNS Funding, LLC's substantive or procedural rights, including

14   without limitation, YNS Funding, LLC's rights: (i) to have final orders in noncore matters entered

15   only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so

16   triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a

17   District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal;

18   (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to

19   these cases; (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the

20   Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or

21   recoupments to which YNS Funding, LLC is or may be entitled, under any agreements, in law, in

22   equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are

23   expressly reserved.

24

25    Dated: April 28, 2024                    **PACHULSKI STANG ZIEHL & JONES LLP**

26

27                                             _/s/ Ira D. Kharasch_
                                               Ira D. Kharasch (CA Bar No. 109084)
28                                             Victoria A. Newmark (CA Bar No. 183581)

*Left margin vertical text:* PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
2    Tel: (310) 277-6910
Fax: (310) 201-0760
3    Email:      ikharasch@pszjlaw.com
vnewmark@pszjlaw.com
4
*Counsel for YNS Funding, LLC*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PACHULSKI STANG ZIEHL & JONES LLP**
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4932-6549-2028.1 15344.001                                              3