Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for YNS Funding, LLC, Aly Management, LLC and Yitzchok Blum

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| Debtor. | Adv. No. 8-25-ap-01191-SC |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| | Complaint Filed: March 18, 2025 |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | The Honorable Scott C. Clarkson |
| Plaintiff, | |
| vs. | |
| YNS FUNDING, LLC, et al., | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendants YNS Funding, LLC ("YNS"), Aly Management, LLC ("Aly") and Yitzchok Blum ("Blum," collectively, the "Defendants," and together with the Trustee, the "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as follows:

A.    On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers; (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers; (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers; (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers; (5) turnover; and (6) aiding and abetting against Blum.  [Docket. No. 1].

B.    The deadline for YNS, Aly, and Blum to respond to the Complaint is April 28, 2025.  [Docket No. 4].

C.    On April 25, 2025, to allow YNS, Aly, and Blum time to finalize retention of counsel and to prepare a response, Plaintiff agreed to extend the deadline for YNS, Aly, and Blum to file and serve any response to Plaintiff's Complaint from April 28, 2025 to **May 12, 2025.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION**

2      WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as

3  follows:

4      1.      The deadline for YNS Funding, LLC, Aly Management, LLC, and Yitzchok Blum

5  to file and serve any response to Plaintiff's Complaint shall be extended from April 28, 2025 to

6  **May 12, 2025**.

7      **IT IS SO STIPULATED.**

8  Dated:  April 28, 2025                **DINSMORE & SHOHL LLP**

9

10                                 By   _____

11                                      Christopher B. Ghio
                                        Special Counsel to Richard A. Marshack,
12                                      Trustee of the LPG Liquidation Trust

13

14  Dated:  April 28, 2025                **PACHULSKI STANG ZIEHL & JONES LLP**

15

16                                 By    /s/ *Ira D. Kharasch*
                                        _____
17                                      Ira D. Kharasch

18

19  Dated:  April 28, 2025                **MORVILLO ABRAMOWITZ GRAND IASON &
                                        ANELLO P.C.**

20

21                                 By   _____

22                                      Christopher B. Harwood (*pro hac vice* application
                                        forthcoming)

23

24                                      Attorneys for YNS Funding, LLC, Aly
                                        Management, LLC and Yitzchok Blum

25

26

27

28