**UNITED STATES BANKRUPTCY COURT FOR MIDDLE DISTRICT OF TENNESSEE** — **PROOF OF ADMINISTRATIVE EXPENSE CLAIM**

Name of Debtor: In re Essex Technology Group, LLC, Case No. 25-00452

NOTE: This form should only be used by claimants as specified in the Notice of the Administrative Expense Claims Bar Date. IT SHOULD NOT BE USED FOR CLAIMS E CLUDED BY SAID NOTICE NOR SHOULD IT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND AND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(b) AND 507(a)(2)

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Monster Energy Company**

Address: **1 Monster Way, Corona, CA 92879**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Account or other number by which Creditor identifies Debtor: **1006583**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ prior claim number, if known: _____

1. **Basis for Claim**
   - [X] Goods sold  ☐ Services performed  ☐ Money loaned   (Goods only - no services were provided.)
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). If selected, indicate the amount of your claim arising from value of any goods received by the Debtor within the twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. _____
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensations for services performed from _____ to _____
     (date)    (date)

2. **Date debt was incurred:** January 17, 2025. See attached invoices and bills of lading. 8,736 cases of goods were delivered via Echo Global Logistics on January 21, 2025.

3. **If court judgment, date obtained:** Not Applicable

4. **Total Amount of Administrative Claim:** $36,691.12 - Value of goods: $36,691.12
   ☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Brief Description of Claim (attach required information for support of 503(b)(9) Claim):** Shipment of Reign Storm energy products sent to Debtor at 3815 Logistics Way, Antioch, TN 37013-2418. See attached invoices 902873888 and 902873889.

6. **Offsets, Credits and Setoffs**
   ☐ All payments made on this claim by the Debtor have been credited and deducted from the amount claimed hereon
   ☐ This claim is not subject to any setoff or counterclaim

7. **Assignment:**
   ☐ If the claimant has obtained this claim by assignment, a copy is attached hereto.

8. **Supporting Documents:** As stated above, please see attached invoices 902873888 and 902873889, as well as documentation that reflects the date the Debtor received the goods, the method of delivery and the name of the carrier through which the goods were delivered. No other claim has been filed against the Debtor regarding the goods underlying its 503(b)(9) claim.
   DO NOT SEND ORIGINAL DOCUMENTS.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Check the appropriate box:

[X] I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)

☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

_____
(Signature)                    (Date)

Print Name: David Drake
Title: VP, National Convenience
Company: Monster Energy Company
Address and telephone number (if different from notice address above):
2030 Powers Ferry Road SE, Suite 550
Atlanta, GA 30339

Email: David.Drake@Monsterenergy.com

Fine of up to 500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE EXPENSE CLAIM**

*Debtor:*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor. In this bankruptcy case the Debtor is:

| Debtor | Case No. |
|---|---|
| Essex Technology Group, LLC | 25-00452 |

*Administrative Expense Claim:*
A claim for payment of an administrative expense of a kind specified in Section 503(b) of the Bankruptcy Code and entitled to priority pursuant to Section 507(a)(2) of the Bankruptcy Code, and as specified in the Notice of Administrative Expense Claims Bar Date.

*Administrative Expense Claims Bar Date:*
By Order of the United States Bankruptcy Court for the Middle District of Tennessee, all requests for the allowance of an Administrative Expense Claim must be filed so as to be received at the address set forth below no later than **MAY [ ], 2025**.

1. Please read this Proof of Administrative Expense Claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Proof of Administrative Expense Claim must be completed in English. The amount of any Administrative Expense Claim must be denominated in United States currency.

4. Attach additional pages if more space is required to complete this Proof of Administrative Expense Claim.

5. This form should only be used by a claimant asserting an Administrative Expense Claim. It should not be used for claims excluded by the Notice of Administrative Expense Claims Bar Date and should not be used for any claims that are not entitled to priority in accordance with 11 U.S.C. §§ 503(b) and 507(a).

6. Proofs of Administrative Expense Claim must be submitted (i) electronically, on or before the Administrative Claims Bar Date, by completing the applicable claim form that can be accessed at the court's website https://ecf.tnmb.uscourts.gov/cgi-bin/autoFilingClaims.pl, or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the Clerk's Office on or before the Administrative Expense Claims Bar Date at the following address:

> United States Bankruptcy Court
> Middle District of Tennessee
> 701 Broadway, Room 170
> Nashville, TN 37203
>
> NOTE: The staff of the Clerk's Office cannot give legal advice. Please also note that the Clerk Office is **not** authorized to accept proofs of claim by facsimile, telecopy or electronic mail. To submit your claim electronically, please visit https://ecf.tnmb.uscourts.gov/cgi-bin/autoFilingClaims.pl.

8. To be considered timely filed, this Proof of Administrative Expense Claim must be actually received by the Clerk's Office by **4:00 P.M. (PREVAILING CENTRAL TIME) ON MAY [    ], 2025** and must include appropriate documents/materials establishing the claimant's entitlement to an allowed Administrative Expense Claim and the amount of your asserted claim.