Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for YNS Funding, LLC, Aly Management, LLC and Yitzchok Blum

**FILED & ENTERED**

**JUL 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>_____<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>YNS FUNDING, LLC, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01191-SC<br><br>**ORDER APPROVING THIRD STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |

The Court has read and considered the *Third Stipulation to Continue Deadlines* (the "Stipulation"), [Docket No. 19], entered into by and between the Trustee and Defendants YNS Funding, LLC, Aly Management, LLC and Yitzchok Blum, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadline for YNS Funding, LLC, Aly Management, LLC, and Yitzchok Blum to file and serve any response to Plaintiff's Complaint shall be continued from July 7, 2025 to **September 12, 2025**.

2. The status conference in this case shall be continued from August 7, 2025 at 1:30 p.m. to **November 13, 2025** at 1:30 p.m. with a status report due 14 days in advance.

### # # #

Date: July 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2