United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

YNS Funding, LLC,
    Defendant

Adv. Proc. No. 25-01191-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Oct 20, 2025      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Aly Management, LLC, 90 State St, Ste 700, Office 40, Albany, NY 12207-1704 |
| dft | + | YNS Funding, LLC, 5308 13th Ave, Ste 422, Brooklyn, NY 11219-5198 |
| dft | | Yitzchok Blum, 1320 53rd St, Apt R3, Brooklyn, NY 11219-3883 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Oct 21 2025 01:22:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brandon J. Iskander
     on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf031 | Total Noticed: 4 |

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Ira David Kharasch
    on behalf of Defendant YNS Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Aly Management LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
    on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant Aly Management LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant YNS Funding LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

TOTAL: 11

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for YNS Funding, LLC, Aly Management, LLC and Yitzchok Blum

**FILED & ENTERED**

**OCT 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01191-SC<br><br>**ORDER APPROVING FIFTH STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>YNS FUNDING, LLC, et al.,<br><br>Defendants. | |

The Court has read and considered the *Fifth Stipulation to Continue Deadlines* (the "Stipulation"), [Docket No. 28], entered into by and between the Trustee and Defendants YNS Funding, LLC, Aly Management, LLC and Yitzchok Blum, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadline for YNS Funding, LLC, Aly Management, LLC, and Yitzchok Blum to file and serve any response to Plaintiff's Complaint shall be continued to **November 13, 2025**.

2. The status conference in this case shall be continued to **December 18, 2025** at 1:30 p.m. A status report is due 14 days in advance.

3. No further continuances will be permitted absent a concrete and fulsome demonstration of good cause depicting forward progress.

### #

Date: October 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2